James J. JULIANO Jr., Plaintiff–Appellant,

v.

John DOES # 1–100, Mary Does # 1–100, United States, United States District Court, NDNY, for the Northern District of New York, Kindlon & Shanks, Defendants,

Anne Miller, as Times Union Reporter, Times Union, L. John Van Norden, as an Attorney for Sciocchetti & Saccocio, PLLC, Sciocchetti & Saccocio, PLLC, Michael T. Snyder, Attorney for Maynard, O'Connor, Smith & Catalinotto, LLP, jointly engaged in an agreed unlawful conspiracy with private parties, Scott Almas, Attorney for Maynard, O'Connor, Smith & Catalinotto, LLP, jointly engaged in an agreed unlawful conspiracy with private parties, Theresa Morrisey, Attorney for Maynard, O'Connor, Smith & Catalinotto, LLP, jointly engaged in an agreed unlawful conspiracy with private parties, Leslie Neustadt, Attorney for Maynard, O'Connor, Smith & Catalinotto, LLP, jointly engaged in an agreed unlawful conspiracy with private parties, Robert D. Tobin, Attorney for Maynard, O'Connor, Smith & Catalinotto, LLP, jointly engaged in an agreed unlawful conspiracy with private parties, Maynard, O'Connor, Smith & Catalinotto, LLP, Mary Brizzell, Town Supervisor and jointly engaged in an agreed unlawful conspiracy with private parties/state actors, Michele Mercadante, Town of Colonie Attorney individually and as agent/servant of the Town of Colonie Regime, Arnis Zilme, Town of Colonie Attorney, John Grebert, Colonie Police Chief/Internal Commander, Eric Gansiel, Colonie Police Officer, Michael Rinaldi, Colonie Police Lieutenant/Expert, Richard Villa, Colonie Police Deputy Chief/Internal Affairs Supervisor, Stephen Tanski, Colonie Police Sergeant, Raymond Roland, Colonie Police Sergeant, Greg Jensen, Colonie Police Officer, Joy Meyer, Colonie Police Officer, George Thomiades, Colonie Police Officer, Paul Brannigan, Colonie Police Sergeant/Internal Affairs Officer, Stephen Maclasco, Colonie Police Sergeant, Christopher Ruff, Colonie Police Sergeant, Terence L. Kindlon. Defendants–Appellees,

No. 04–4142.

United States Court of Appeals, Second Circuit.

March 14, 2005.

James J. Juliano, Jr., Stephentown, NY, for Plaintiff–Appellant, pro se.

Robert P. Storch, Senior Litigation Counsel, for Glenn T. Suddaby, United States Attorney for the Northern District of New York, Albany, NY, for Defendant United States and other Federal Defendants.

Michael T. Snyder, Maynard, O'Connor, Smith & Catalinotto, LLP, Albany, NY, for Defendants–Appellees Town of Colonie, Stephen M. Maclasco, Christopher Ruff, Paul Brannigan, and George Thomaides.

Present: CALABRESI, POOLER, and B.D. PARKER, Jr., Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that District Court be and it hereby is AFFIRMED.

*Pro se* plaintiff-appellant James J. Juliano, Jr. ("Juliano") appeals various orders issued over the course of 2003 and 2004 by the United States District Court for the Northern District of New York (Scullin, *C.J.*). Some of the defendants-appellees have, in turn, requested sanctions pursuant to Rules 38 and 39 of the Federal Rules of Appellate Procedure against Juli-

ano for filing the instant appeal. Familiarity by the parties is assumed as to the facts, the procedural context, and the specification of appellate issues.

We have considered all of Juliano's claims and find them to be without merit. The district court's judgment is therefore AFFIRMED, and Juliano's outstanding motions are all DENIED. Appellees' request for sanctions is DENIED. The plaintiff is notified, however, that the further filing of frivolous appeals, motions, petitions, or other documents may result in the requirement that he obtain permission of this Court before making future filings.